The confused, conflicting, and uncertain character of the testimony before the court leads to the conclusion that plaintiff has failed to overcome the presumption of correctness attaching to the decision of the collector of customs.

For the stated reasons, we overrule the protests on all grounds.

Judgment will issue accordingly.

**No. 64583.**—Amity Mills, Inc., and Amity Silk Corp. *v.* United States, protests 325865–K and 305984–K (New York).

Opinion by RAO, J.  In accordance with stipulation of counsel that the merchandise consists of waterproof cotton cloth similar in all material respects to that the subject of *United States* v. *D. H. Grant & Co., Inc.* (47 C.C.P.A. 20, C.A.D. 723), the claim of the plaintiffs was sustained.

**No. 64584.**—Empire Brushes, Inc., and Wood Niebuhr & Co. et al. *v.* United States, protests 273939–K, etc. (New York).

Opinion by FORD, J.  In accordance with stipulation of counsel that the merchandise consists of synthetic filaments similar in all material respects to those the subject of *Empire Brushes, Inc., et al.* v. *United States* (42 Cust. Ct. 145, C.D. 2078), the claim of the plaintiffs was sustained.

**No. 64585.**—Almar Bristle & Hair Processing Co. et al. *v.* United States, protests 317494–K(A), etc. (New York).

Opinion by FORD, J.  In accordance with stipulation of counsel that the merchandise consists of synthetic filaments similar in all material respects to those the subject of *Empire Brushes, Inc., et al.* v. *United States* (42 Cust. Ct. 145, C.D. 2078), the claim of the plaintiffs was sustained.

**No. 64586.**—F. C. Gerlach & Co. and Pro-Phy-Lac-Tic Brush Co. *v.* United States, protests 58/9760(B) and 260576–K (New York).

Opinion by FORD, J.  In accordance with stipulation of counsel that the merchandise consists of synthetic filaments similar in all material respects to those the subject of *Empire Brushes, Inc., et al.* v. *United States* (42 Cust. Ct. 145, C.D. 2078), the claim of the plaintiffs was sustained.